# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ROBERT FORNEY                                                                                          PLAINTIFF
REG. #20739-051

V.                                        2:06CV00095-WRW

LINDA SANDERS *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.    Defendants' motion to dismiss (docket entry #24) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.    The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this order and the accompanying judgment would not be taken in good faith.

3.    All other pending motions are DENIED AS MOOT.

DATED this 12th day of February, 2007.

                                            /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE